# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KIRK L. MEGYESI,<br><br>　　　　　Defendant. | ) Case No: 2:15-mj-00054-NJK<br>)<br>)<br>) ORDER CONTINUING<br>) PRELIMINARY HEARING<br>)<br>)<br>)<br>)<br>) |

　　　Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

　　　IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for February 17, 2015, at the hour of 4:00 p.m., be vacated and continued to March 17, 2015, at the hour of 4:00 p.m. in Courtroom 3A.

　　　　　DATED this 13th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3